## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TDC SPECIALTY INSURANCE COMPANY,

        Plaintiff,

vs.                                                                  Cause No. 1:25-cv-00857-SCY-DLM

PRESBYTERIAN HEALTH PLAN, INC.,

        Defendant.

PRESBYTERIAN HEALTH PLAN, INC., and
PRESBYTERIAN HEALTHCARE SERVICES,

        Counter-Plaintiffs,

vs.

TDC SPECIALTY INSURANCE COMPANY,
HOMESITE INSURANCE COMPANY OF
FLORIDA, and BOWHEAD SPECIALTY
UNDERWRITERS, INC.,

        Counter-Defendant/Third-Party Defendants.

**PLAINTIFF/COUNTER-DEFENDANT TDC SPECIALITY INSURANCE COMPANY'S
ANSWER TO PRESBYTERIAN HEALTH PLAN, INC. AND PRESBYERIAN HEALTH
SERVICES' COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR BREACH OF
CONTRACT, INSURANCE BAD FAITH, AND DECLARATORY JUDGMENT**

        Plaintiff/Counter-Defendant TDC Specialty Insurance Company ("TDC"), by and through

counsel of record, Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Jennifer G. Anderson and

Benjamin C. Rossi), hereby answers Presbyterian Health Plan, Inc. and Presbyterian Health

Services' (collectively, "Counterclaim Plaintiffs") Counterclaim and Third-Party Complaint for

Breach of Contract, Insurance Bad Faith, and Declaratory Judgment (the "Counterclaim

Complaint"), as follows:

1.      The statements contained in Paragraph 1 of the Counterclaim Complaint are declarative in nature, and no response from TDC is required.

2.      TDC admits the allegations in Paragraph 2 of the Counterclaim Complaint.

3.      TDC admits the allegations in Paragraph 3 of the Counterclaim Complaint.

4.      TDC admits the allegations in Paragraph 4 of the Counterclaim Complaint.

5.      TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 5 of the Counterclaim Complaint.

6.      TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 6 of the Counterclaim Complaint.

7.      The allegations contained in Paragraph 7 of the Counterclaim Complaint are declarative in nature, and therefore do not require a response from TDC.

8.      TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 8 of the Counterclaim Complaint. In further response, TDC states that it does not dispute the Court's subject matter jurisdiction at this time.

9.      TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 9 of the Counterclaim Complaint. In further response, TDC states that it does not dispute the Court's subject matter jurisdiction at this time.

10.      TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 10 of the Counterclaim Complaint. In further response, TDC states that it does not dispute that venue is proper in this Court at this time.

11.      TDC denies the allegations in Paragraph 11 of the Counterclaim Complaint.

12.      TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 12.

2

13. TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 13.

14. TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 14.

15. The allegations in Paragraph 15 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 15.

16. The allegations in Paragraph 16 reference a writing that speaks for itself, and no response is required.

17. The allegations in Paragraph 17 concern another party to this lawsuit, and no response from TDC is required.

18. The allegations in Paragraph 18 concern another party to this lawsuit, and no response from TDC is required

19. The allegations in Paragraph 19 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 19 speaks for itself.

20. The allegations in Paragraph 20 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 20 speaks for itself.

21. The allegations in Paragraph 21 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the allegations in Paragraph 21 constitute legal conclusions to which no response is required.

22.     The allegations in Paragraph 22 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 22 speaks for itself.

23.     The allegations in Paragraph 23 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 23 speaks for itself.

24.     The allegations in Paragraph 24 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 24 speaks for itself.

25.     The allegations in Paragraph 25 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 25 speaks for itself.

26.     The allegations in Paragraph 26 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 26 speaks for itself.

27.     The allegations in Paragraph 27 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 27 speaks for itself.

28.     The allegations in Paragraph 28 concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself.

29.     The allegations in Paragraph 29 concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself.

30. The allegations in Paragraph 30 concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself.

31. The allegations in Paragraph 31concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself.

32. The allegations in Paragraph 32 concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself.

33. The allegations in Paragraph 33 concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself.

34. The allegations in Paragraph 34 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 34 speaks for itself.

35. The allegations in Paragraph 35 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 35 speaks for itself.

36. The allegations in Paragraph 36 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 36 speaks for itself.

37. The allegations in Paragraph 37 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 37 speaks for itself.

38. The allegations in Paragraph 38 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 38 speaks for itself.

39.     The allegations in Paragraph 39 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 39 speaks for itself.

40.     The allegations in Paragraph 40 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 40 speaks for itself.

41.     The allegations in Paragraph 41 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 41 speaks for itself.

42.     The allegations in Paragraph 42 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 42 speaks for itself.

43.     The allegations in Paragraph 43 concern another party to this lawsuit, and no response from TDC is required. In further response, TDC states that the allegations in Paragraph 43 are legal conclusions to which no response is required.

44.     The allegations in Paragraph 44 concern another party to this lawsuit, and no response from TDC is required. In further response, TDC states that it is without sufficient information or knowledge to admit or deny the allegations in Paragraph 44, and therefore denies the same.

45.     The allegations in Paragraph 45 concern another party to this lawsuit, and no response from TDC is required. In further response, TDC states that it is without sufficient information or knowledge to admit or deny the allegations in Paragraph 45, and therefore denies the same.

46.    The allegations in Paragraph 46 concern another party to this lawsuit, and no response from TDC is required. In further response, TDC states that it is without sufficient information or knowledge to admit or deny the allegations in Paragraph 46, and therefore denies the same.

47.    The allegations in Paragraph 47 concern another party to this lawsuit, and no response from TDC is required. To the extent a response is required, TDC states that the document referenced in Paragraph 47 speaks for itself.

48.    To the extent that the allegations in Paragraph 48 concern TDC, they concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself.

49.    To the extent that the allegations in Paragraph 49 concern TDC, they concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself. In further response, TDC states that the allegations in Paragraph 49 constitute legal conclusions to which no response is required.

50.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 50.

51.    To the extent that the allegations in Paragraph 51 concern TDC, they concern the contents of the TDC Policy, attached as an exhibit to Counterclaim Plaintiffs' Complaint. As such, the document speaks for itself. In further response, TDC states that the allegations in Paragraph 51 are legal conclusions to which no response to required.

52.    To the extent that the allegations in Paragraph 52 concern TDC, TDC states that it lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies

the same. To the extent that the allegations in Paragraph 52 concern parties other than TDC, no response is required.

53.    To the extent that the allegations in Paragraph 53 concern TDC, TDC states that it lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies the same. To the extent that the allegations in Paragraph 53 concern parties other than TDC, no response is required.

54.    To the extent that the allegations in Paragraph 54 concern TDC, TDC lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies the same. To the extent that the allegations in Paragraph 54 concern parties other than TDC, no response is required.

55.    To the extent that the allegations in Paragraph 55 concern TDC, TDC lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies the same. To the extent that the allegations in Paragraph 55 concern parties other than TDC, no response is required.

56.    To the extent that the allegations in Paragraph 56 concern TDC, TDC lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies the same. To the extent that the allegations in Paragraph 56 concern parties other than TDC, no response is required.

57.    To the extent that the allegations in Paragraph 57 concern TDC, TDC lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies the same. To the extent that the allegations in Paragraph 57 concern parties other than TDC, no response is required.

58. To the extent that the allegations in Paragraph 58 concern TDC, TDC lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies the same. To the extent that the allegations in Paragraph 58 concern parties other than TDC, no response is required.

59. To the extent that the allegations in Paragraph 59 concern TDC, TDC lacks sufficient information or knowledge to admit or deny the allegations, and therefore denies the same. To the extent that the allegations in Paragraph 59 concern parties other than TDC, no response is required.

60. The allegations in Paragraph 60 concern a party other than TDC, and no response is required. To the extent a response is required, TDC states that it lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 60, and therefore denies the same.

61. The allegations in Paragraph 61 concern a party other than TDC, and no response is required. To the extent a response is required, TDC states that it lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 61, and therefore denies the same.

62. The allegations in Paragraph 62 concern parties other than TDC, and no response is required. To the extent a response is required, TDC states that it lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 62, and therefore denies the same.

63. The allegations in Paragraph 63 are declarative, and no response is required thereto.

64. To the extent the allegations in Paragraph 64 concern TDC, TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 64, and therefore denies the same.

65. The allegations in Paragraph 65 reference a writing attached to PHP's Answer, and no response is required.

66.     To the extent the allegations in Paragraph 66 concern TDC, TDC is without sufficient information or knowledge to admit or deny the allegations, and therefore denies the same.

67.     TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 67, and therefore denies the same.

68.     TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 68, and therefore denies the same.

69.     TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 69, and therefore denies the same.

70.     The allegations in Paragraph 70 reference a writing that speaks for itself, and to which no response is required.

71.     TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 71, and therefore denies the same.

72.     The allegations in Paragraph 72 reference a writing that speaks for itself, and to which no response is required.

73.     To the extent that the allegations in Paragraph 73 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

74.     To the extent that the allegations in Paragraph 74 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

75.     To the extent that the allegations in Paragraph 75 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

76.     The allegations in Paragraph 76 are legal conclusions to which no response is required. To the extent a response is required, TDC denies these allegations.

77.     The allegations in Paragraph 77 are declarative, and no response is required. To the extent that these allegations imply that TDC failed to undertake any of the "measures" listed therein, TDC denies the allegations.

78.     The allegations in Paragraph 78 are declarative, and no response is required. To the extent that these allegations imply that TDC failed to undertake any of the "measures" listed therein, TDC denies the allegations.

79.     TDC denies the allegations in Paragraph 79.

80.     The allegations in Paragraph 80 reference a writing that speaks for itself, and to which no response is required.

81.     TDC is without sufficient knowledge or information to admit or deny the allegations in Paragraph 81, and therefore denies the same.

82.     TDC denies the allegations in Paragraph 82.

83.     The allegations in Paragraph 83 reference a writing that speaks for itself, and to which no response is required.

84.     TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 84, and therefore denies the same.

85.     The allegations in Paragraph 85 reference a writing that speaks for itself, and to which no response is required.

86. The allegations in Paragraph 86 reference a writing that speaks for itself, and to which no response is required.

87. TDC denies the allegations in Paragraph 87.

88. To the extent that the allegations in Paragraph 88 concern TDC, TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 88.

89. To the extent that the allegations in Paragraph 89 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

90. The allegations in Paragraph 90 reference a writing that speaks for itself, and to which no response is required.

91. The allegations in Paragraph 91 reference a writing that speaks for itself, and to which no response is required.

92. TDC denies the allegations in Paragraph 92.

93. The allegations in Paragraph 93 reference a writing that speaks for itself, and also concern parties other than TDC. Therefore, no response is required.

94. The allegations in Paragraph 94 concern parties other than TDC, and no response from TDC is required.

95. To the extent that the allegations in Paragraph 95 concern TDC, Paragraph 95 refers to a writing which speaks for itself.

96. The allegations in Paragraph 96 reference a writing that speaks for itself, and to which no response is required.

97. The allegations in Paragraph 97 reference a writing that speaks for itself, and to which no response is required.

98. The allegations in Paragraph 98 refer to a writing that speaks for itself, and to which no response is required. In further response, TDC states that it is without sufficient information or knowledge to admit or deny the allegations in Paragraph 98.

99. TDC denies the allegations in Paragraph 99.

100. The allegations in Paragraph 100 concern parties other than TDC, and no response is required. In further response, TDC states that Paragraph 100 references a writing that speaks for itself, and to which no response is required.

101. The allegations in Paragraph 101 concern parties other than TDC, and no response is required. In further response, TDC states that Paragraph 101 references a writing that speaks for itself, and to which no response is required.

102. The allegations in Paragraph 102 concern parties other than TDC, and no response is required. In further response, TDC states that Paragraph 102 references a writing that speaks for itself, and to which no response is required.

103. To the extent that the allegations in Paragraph 103 concern TDC, Paragraph 103 references a writing that speaks for itself, and to which no response is required.

104. The allegations in Paragraph 104 reference a writing that speaks for itself, and to which no response is required.

105. To the extent that the allegations in Paragraph 105 concern TDC, TDC denies these allegations.

106. To the extent that the allegations in Paragraph 106 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

107.    To the extent that the allegations in Paragraph 107 concern TDC, TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 107, and therefore denies the same.

108.    To the extent that the allegations in Paragraph 108 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

109.    To the extent that the allegations in Paragraph 109 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

110.    To the extent that the allegations in Paragraph 110 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

111.    The allegations in Paragraph 111 reference a writing that speaks for itself, and to which no response is required.

112.    TDC denies the allegations in Paragraph 112.

113.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 113, and therefore denies the same.

114.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 114, and therefore denies the same.

115.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 115, and therefore denies the same.

116.    The allegations in Paragraph 116 reference a writing that speaks for itself, and to which no response is required.

117.    The allegations in Paragraph 117 reference a writing that speaks for itself, and to which no response is required.

118.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 118, and therefore denies the same.

119.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 119, and therefore denies the same.

120.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 120, and therefore denies the same.

121.    The allegations in Paragraph 121 are legal conclusions to which no response is required. To the extent a response is required, TDC denies these allegations.

122.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 122, and therefore denies the same.

123.    The allegations in Paragraph 123 reference a writing that speaks for itself, and to which no response is required.

124.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 124, and therefore denies the same.

125.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 125, and therefore denies the same.

126.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 126, and therefore denies the same.

127.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 127, and therefore denies the same.

128.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 128, and therefore denies the same.

129.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 129, and therefore denies the same.

130.    The allegations in Paragraph 130 reference a writing that speaks for itself, and to which no response is required.

131.    TDC denies the allegations in Paragraph 131.

132.    TDC denies the allegations in Paragraph 132.

133.    TDC denies the allegations in Paragraph 133.

134.    TDC denies the allegations in Paragraph 134.

135.    TDC denies the allegations in Paragraph 135.

136.    TDC denies the allegations in Paragraph 136.

137.    TDC denies the allegations in Paragraph 137.

138.    TDC denies the allegations in Paragraph 138.

139.    TDC denies the allegations in Paragraph 139.

140.    TDC denies the allegations in Paragraph 140.

141.    TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 141, and therefore denies the same.

142.    The allegations in Paragraph 142 concern parties other than TDC, and no response from TDC is required.

143.    To the extent that the allegations in Paragraph 143 concern TDC, TDC denies these allegations.

144.    To the extent that the allegations in Paragraph 144 concern TDC, TDC denies these allegations.

145.    To the extent that the allegations in Paragraph 145 concern TDC, TDC denies these allegations.

146.    To the extent that the allegations in Paragraph 146 concern TDC, TDC denies these allegations.

147.    The allegations in Paragraph 147 concern parties other than TDC, and no response from TDC is required.

148.    The allegations in Paragraph 148 concern parties other than TDC, and no response from TDC is required.

149.    The allegations in Paragraph 149 concern parties other than TDC, and no response from TDC is required.

150.    The allegations in Paragraph 150 concern parties other than TDC, and no response from TDC is required.

151.    The allegations in Paragraph 151 concern parties other than TDC, and no response from TDC is required.

152.    The allegations in Paragraph 152 concern parties other than TDC, and no response from TDC is required.

153.    The allegations in Paragraph 150 constitute legal conclusions to which no response is required. To the extent that a response is required, TDC denies these allegations.

154.    To the extent that the allegations in Paragraph 154 concern TDC, TDC denies these allegations.

17

155. To the extent that the allegations in Paragraph 154 concern TDC, TDC denies these allegations.

156. TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 156, and therefore denies the same.

157. The allegations in Paragraph 157 refer to a writing that speaks for itself, and to which no response is required. In further response, TDC notes that page 7 of the Hunt Settlement Agreement, to which Paragraph 157 refers, is missing from the attached Exhibit 14.

158. The allegations in Paragraph 158 refer to a writing that speaks for itself, and to which no response is required. In further response, TDC notes that page 7 of the Hunt Settlement Agreement, to which Paragraph 157 refers, is missing from the attached Exhibit 14.

159. The allegations in Paragraph 159 refer to a writing that speaks for itself, and to which no response is required.

160. The allegations in Paragraph 160 refer to a writing that speaks for itself, and to which no response is required.

161. TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 161, and therefore denies the same.

162. TDC admits that it filed its Complaint for Declaratory Judgment on September 3, 2025. TDC denies the remaining allegations in Paragraph 162.

163. TDC admits the allegations in Paragraph 163.

164. TDC admits the allegations in Paragraph 164.

165. TDC denies the allegations in Paragraph 165.

166. TDC denies the allegations in Paragraph 166.

167. TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 167, and therefore denies the same.

168. TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 168, and therefore denies the same.

169. TDC is without sufficient information or knowledge to admit or deny the allegations in Paragraph 169, and therefore denies the same.

170. TDC denies the allegations in Paragraph 170.

171. TDC denies the allegations in Paragraph 171.

172. TDC reincorporates its responses to Paragraphs 1-171 as if fully referenced herein.

173. The allegations in Paragraph 173 state legal conclusions to which no response is required.

174. The allegations in Paragraph 174 concern parties other than TDC, and no response from TDC is required.

175. The allegations in Paragraph 175 state legal conclusions to which no response is required.

176. The allegations in Paragraph 176 state legal conclusions to which no response is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

177. The allegations in Paragraph 177 concern parties other than TDC, and no response from TDC is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

178. To the extent the allegations in Paragraph 178 concern TDC, TDC denies these allegations.

179.    To the extent the allegations in Paragraph 179 concern TDC, TDC denies these allegations.

180.    To the extent the allegations in Paragraph 178 concern TDC, TDC denies these allegations, including subparts (a) through (c).

181.    To the extent the allegations in Paragraph 181 concern TDC, TDC denies these allegations.

182.    To the extent the allegations in Paragraph 182 concern TDC, TDC denies these allegations.

183.    The allegations in Paragraph 183 concern parties other than TDC, and no response from TDC is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

184.    The allegations in Paragraph 184 concern parties other than TDC, and no response from TDC is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

185.    The allegations in Paragraph 185 concern parties other than TDC, and no response from TDC is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

186.    The allegations in Paragraph 186 concern parties other than TDC, and no response from TDC is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

187.    The allegations in Paragraph 187 concern parties other than TDC, and no response from TDC is required. To the extent a response is required, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

188.    To the extent the allegations in Paragraph 188 concern TDC, TDC denies these allegations.

189.    TDC reincorporates its responses to Paragraphs 1-188 as if fully referenced herein.

190.    The allegations in Paragraph 190 state legal conclusions to which no response is required.

191.    The allegations in Paragraph 191 are legal conclusions to which no response is required.

192.    To the extent the allegations in Paragraph 192 concern TDC, TDC denies these allegations, including subparts (a) through (d).

193.    TDC denies the allegations in Paragraph 193, including subparts (a) through (c).

194.    The allegations in Paragraph 194 concern parties other than TDC, and no response from TDC is required.

195.    To the extent that the allegations in Paragraph 195 concern TDC, TDC denies these allegations.

196.    TDC denies the allegations in Paragraph 196.

197.    TDC reincorporates its responses to Paragraphs 1-196 as if fully referenced herein.

198.    The allegations in Paragraph 198 constitute legal conclusions to which no response is required.

199.    The allegations in Paragraph 190 (1) concern parties other than TDC, and (2) state legal conclusions to which no response is required.

200.    The allegations in Paragraph 200 constitute legal conclusions to which no response is required.

201.    The allegations in Paragraph 201 constitute legal conclusions to which no response is required.

202.    To the extent that the allegations in Paragraph 202, including subparts (a) through (d), concern TDC, TDC denies these allegations.

203.    TDC denies the allegations in Paragraph 203.

204.    TDC denies the allegations in Paragraph 204, including subparts (a) through (b).

205.    The allegations in Paragraph 205 concern other parties, and no response from TDC is required.

206.    To the extent that the allegations in Paragraph 206 concern TDC, TDC denies the allegations.

207.    To the extent that the allegations in Paragraph 207 concern TDC, TDC denies the allegations.

208.    TDC reincorporates its responses to Paragraphs 1-207 as if fully referenced herein.

209.    The allegations in Paragraph 209 constitute legal conclusions to which no response is required.

210.    The allegations in Paragraph 210 constitute legal conclusions to which no response is required.

211.    The allegations in Paragraph 211 concern parties other than TDC, and no response from TDC is required.

212.    To the extent that the allegations in Paragraph 212, including subparts (a) through (e), concern TDC, TDC denies the allegations.

213.    To the extent that the allegations in Paragraph 213 concern TDC, TDC denies these allegations.

22

214. To the extent that the allegations in Paragraph 214 concern TDC, TDC denies these allegations.

215. TDC reincorporates its responses to Paragraphs 1-214 as if fully referenced herein.

216. The allegations in Paragraph 216 are legal conclusions to which no response is required.

217. The allegations in Paragraph 217 are legal conclusions to which no response is required.

218. The allegations in Paragraph 218 are legal conclusions to which no response is required.

219. To the extent that the allegations in Paragraph 219 concern TDC, TDC is without sufficient information or knowledge to admit or deny these allegations, and therefore denies the same.

220. To the extent that the allegations in Paragraph 220 concern TDC, TDC denies these allegations.

221. TDC denies the allegations in Paragraph 221.

222. TDC denies the allegations in Paragraph 222.

223. TDC denies the allegations in Paragraph 223.

224. To the extent that the allegations in Paragraph 224 concern TDC, TDC denies these allegations.

225. To the extent that the allegations in Paragraph 225 concern TDC, TDC denies these allegations.

226. TDC reincorporates its responses to Paragraphs 1-225 as if fully referenced herein.

227.    The allegations in Paragraph 227 are legal conclusions to which no response is required.

228.    The allegations in Paragraph 228 are declarative, and no response is required.

229.    The allegations in Paragraph 229, including subparts (a) through (g), are declarative, and no response is required.  To the extent a response is deemed necessary, TDC denies that the Counter Plaintiffs are entitled to the requested relief.

230.    TDC reincorporates its responses to Paragraphs 1-229 as if fully referenced herein.

231.    To the extent the allegations in Paragraph 231 concern TDC, TDC denies these allegations.

232.    To the extent the allegations in Paragraph 232 concern TDC, TDC denies these allegations.

233.    To the extent the allegations in Paragraph 233 concern TDC, TDC denies these allegations.

234.    To the extent the allegations in Paragraph 234 concern TDC, TDC denies these allegations.

235.    To the extent the allegations in Paragraph 235 concern TDC, TDC denies these allegations.

236.    TDC denies the allegations in Paragraph 236.

237.    The allegations in Paragraph 237 concern parties other than TDC, and no response from TDC is required.

238.    To the extent that the allegations in Paragraph 238 concern TDC, TDC denies these allegations.

24

239.     To the extent that the allegations in Paragraph 239 concern TDC, TDC denies these allegations.

240.     To the extent that the allegations in Paragraph 240 concern TDC, TDC denies these allegations.

241.     TDC reincorporates its responses to Paragraphs 1-240 as if fully referenced herein.

242.     TDC is without sufficient or knowledge to admit or deny the allegations in Paragraph 242, and therefore denies the same.

243.     TDC is without sufficient or knowledge to admit or deny the allegations in Paragraph 243, and therefore denies the same.

244.     TDC is without sufficient or knowledge to admit or deny the allegations in Paragraph 244, and therefore denies the same.

245.     TDC denies the allegations in Paragraph 245.

246.     TDC denies the allegations in Paragraph 246.

247.     TDC denies the allegations in Paragraph 247.

248.     TDC denies that Defendants/Counter Plaintiffs are entitled to any of the relief requested in the PRAYER FOR RELIEF section of the Counter Claim.

249.     TDC denies any allegations not specifically admitted herein.

## AFFIRMATIVE AND OTHER DEFENSES

Counter Defendant TDC denies any liability to Counter Plaintiffs and pleads the following affirmative and other defenses:

## FIRST AFFIRMATIVE DEFENSE

Each count of the Counter Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The claims in the Counter Complaint are barred by estoppel and the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

Any damages allegedly suffered by Counter Plaintiffs are the result in part, or all, of their own actions or the actions of their employees or representatives.

## FOURTH AFFIRMATIVE DEFENSE

Counter Plaintiffs' claims are barred in whole or in part by their failure to comply with one or more conditions precedent to recovery of the benefits Counter Plaintiff seeks.

## FIFTH AFFIRMATIVE DEFENSE

As a further, separate and alternative defense, Counter Plaintiffs' claims are barred by policy language as described in TDC's Complaint for Declaratory Judgment.  TDC further states that Counter Plaintiffs are not entitled to coverage under the Policy at issue for the reasons set forth in the parties' communications and any reservation of rights correspondence issued by TDC.

## SIXTH AFFIRMATIVE DEFENSE

In all events, and at all times relevant hereto, TDC had, at the very least, a legitimate and fairly debatable basis for their conduct, accordingly, TDC cannot be held liable for any extra-contractual damages whatsoever herein.

## SEVENTH AFFIRMATIVE DEFENSE

As a further, separate, and alternative defense, Counter Plaintiffs' claims are barred in whole or in part because TDC's actions were in good faith, were lawful, and did not violate any provisions of state or federal law.

## EIGHTH AFFIRMATIVE DEFENSE

Any damages allegedly suffered by Counter Plaintiffs are barred by their bad faith and/or their violations of their contractual obligations.

## NINTH AFFIRMATIVE DEFENSE

Counter Plaintiffs' claims are barred because of their fraudulent conduct and/or because of their collusion with each other and third parties.

## TENTH AFFIRMATIVE DEFENSE

As a further, separate, and alternative defense Counter Plaintiffs' claims are barred in whole or in part because TDC's actions were proper under the terms of the insurance contracts relevant to the allegations in the underlying lawsuits.

## ELEVENTH AFFIRMATIVE DEFENSE

Counter Plaintiffs' claims are barred because of their misrepresentations to some or all of the Counter Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

To the extent that Counter Plaintiffs have suffered any injury or damage, which TDC explicitly denies, Counter Plaintiffs and/or third parties for whom TDC are not responsible proximately caused and are liable for any such injury or damage.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a further, separate, and alternative defense, TDC states that Counter Plaintiffs' claims fail because TDC has not made any misrepresentations or otherwise engaged in conduct designed to mislead or deceive Counter Plaintiffs in this case.

## FOURTEENTH AFFIRMATIVE DEFENSE

To the extent that Counter Plaintiffs have suffered any damages, which TDC expressly denies, Counter Plaintiffs failed to mitigate their damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

As a further, separate, and alternative defense, TDC states that Counter Plaintiffs failed to state sufficient facts upon which to base any claim for punitive damages in this case. If Counter Plaintiffs attempt to make a punitive damages claim, any such claim is barred by the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution, as well as Article II, Section 13, and Article II, Section 18, of the New Mexico Constitution.

## SIXTEENTH AFFIRMATIVE DEFENSE

As a further, separate and alternative defense, Counter Plaintiffs' claims and recoverable damages are subject to limitation and/or reduction by the express coverage language of the policy.

## SEVENTEENTH AFFIRMATIVE DEFENSE

As a further, separate, and alternative defense, TDC states that Counter Plaintiffs failed to adhere to their contractual obligations in several respects including, but not limited to, failure to cooperate with TDC and failure to obtain TDC's written consent in advance of agreeing to the settlement that forms the basis of the dispute between the parties in the instant matter.

## EIGHTEENTH AFFIRMATIVE DEFENSE

TDC is entitled to fees under the Unfair Insurance Practices Act and Unfair Trade Practices Act for being required to defend against groundless statutory claims.

28

## NINETEENTH AFFIRMATIVE DEFENSE

As a further, separate, and alternative defense, TDC incorporates by reference all affirmative defenses stated by other parties, including third party defendants.

TDC reserves the right to raise such further and additional defenses as may be available upon facts to be developed in discovery and/or applicable substantive law and to amend its Answer accordingly. TDC does not knowingly waive any affirmative defense available to it under the various causes of action alleged and pled by Counter Plaintiffs.

Respectfully Submitted,

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By:      */s/ Jennifer G. Anderson*
Jennifer G. Anderson
Benjamin C. Rossi
Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: (505) 848-1800
*jennifer.anderson@modrall.com*
*benjamin.rossi@modrall.com*
*Attorneys for Plaintiff/Third-Party Defendant*
*TDC Specialty Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on this 26th day of March, 2026, the foregoing document was filed electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Larry J. Montaño
Holland & Hart, LLP
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
Tel: (505) 988-4421
*lmontano@hollandhart.com*

Jose A. Ramirez
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 290-1605
*jramirez@hollandhart.com*

Michael E. Harmond
Holland & Hart, LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Tel: (801) 799-5800
*meharmond@hollandhart.com*
*Attorneys for Defendant/Counter Plaintiff*
*Presbyterian Health Plan, Inc.*


MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:     */s/ Jennifer G. Anderson*
        Jennifer G. Anderson