**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**TDC SPECIALTY INSURANCE COMPANY,**

     **Plaintiff,**

**v.**                                        **No. 1:25-cv-0857 SCY/DLM**

**PRESBYTERIAN HEALTH PLAN, INC.,**

     **Defendant.**

**PRESBYTERIAN HEALTH PLAN, INC. and
PRESBYTERIAN HEALTHCARE SERVICES,**

**Counter-Plaintiffs,**

**v.**

**TDC SPECIALTY INSURANCE COMPANY,
HOMESITE INSURANCE COMPANY OF
FLORIDA, and BOWHEAD SPECIALTY
UNDERWRITERS, INC.,**

     **Counter-Defendant/Third-Party Defendants.**

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court sua sponte. The Court finds the following order should be entered:

**IT IS ORDERED** that the Court will hold a telephonic Status Conference to discuss setting a follow-up settlement conference on **April 20, 2026, at 11:00a.m. MDT.** Counsel shall call **855-244-8681** and enter access code **2317 194 3997** to be connected to the conference.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE