# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TDC SPECIALTY INSURANCE COMPANY,

     Plaintiff,

v.                                                       Case No. 1:25-cv-857-SCY-DLM

PRESBYTERIAN HEALTH PLAN, INC.,

     Defendant.

PRESBYTERIAN HEALTH PLAN, INC., and
PRESBYTERIAN HEALTHCARE SERVICES,

     Counter-Plaintiffs,

v.

TDC SPECIALTY INSURANCE COMPANY,
HOMESITE INSURANCE COMPANY OF
FLORIDA, and BOWHEAD SPECIALTY
UNDERWRITERS, INC.,

     Counter-Defendants/Third-Party Defendants.

## ORDER GRANTING JOINT AND UNOPPOSED MOTION TO VACATE AND RESCHEDULE APRIL 20, 2026 TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court on Plaintiff TDC Specialty Insurance Company's and Defendant and Third-Party Plaintiffs Presbyterian Health Plan, Inc. and Presbyterian Healthcare Services' Joint and Unopposed Motion to Vacate and Reschedule the Telephonic Status Conference set for Monday, April 20, 2026 at 11:00 AM. (Doc. 20.) Having reviewed the Motion and noting it is unopposed, the Court hereby FINDS that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the April 20, 2026 Telephonic Status Conference is

**VACATED**.


_____

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**HOLLAND & HART LLP**

By: *Jose A. Ramirez*

Larry J. Montaño
110 N. Guadalupe, Suite 1
Post Office Box 2208
Santa Fe, New Mexico 87505
TEL:   (505) 988-4421
Email: lmontano@hollandhart.com

~ AND ~

Jose A. Ramirez *(pro hac vice)*
Michael E. Harmond *(pro hac vice)*
555 17th Street, Suite 3200
Denver, Colorado 80202-3921
TEL:   (303) 295-8000
Email: jramirez@hollandhart.com
Email: meharmond@hollandhart.com

**ATTORNEYS FOR PRESBYTERIAN HEALTH PLAN, INC.
AND PRESBYTERIAN HEALTHCARE SERVICES**

Approved by:

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**
By: /s/ Jennifer G. Anderson*
*signed with permission via email 4/11/2026

Jennifer G. Anderson
Benjamin C. Rossi
Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: (505) 848-1800
*jennifer.anderson@modrall.com*
*benjamin.rossi@modrall.com*

**ATTORNEYS FOR PLAINTIFF TDC SPECIALTY INSURANCE COMPANY**